**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 14-00389-VAP (SPx)            Date:  September 26, 2014

Title:   A.J. MARKET -v- UNITED STATES OF AMERICA
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   ORDER TO SHOW CAUSE RE: FAILURE TO SERVE (IN CHAMBERS)

   Plaintiff A.J. Market filed a Complaint against Defendant on February 28, 2014. To date, no Proof of Service has been filed indicating that Defendant has been served.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve summons and complaint on all named defendants within 120 days of filing.  Accordingly, the Court ORDERS Plaintiff to show cause, in writing, no later than October 24, 2014, why the Complaint should not be dismissed without prejudice for failure to prosecute.

   **IT IS SO ORDERED.**